No. 405. UNITED PROFIT SHARING CORP. *v.* UNITED STATES. October 27, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Sol M. Stroock, Leslie C. Garnett, Edward F. Spitz, Charles C. Carlin,* and *M. Carter Hall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch, Joseph H. Shephard,* and *Paul D. Miller* for the United States.

---

No. 458. MULHENS & KROPFF, INC., *v.* FERD. MUELHENS, INC.; and

No. 478. FERD. MUELHENS, INC., *v.* MULHENS & KROPFF, INC. October 27, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Lucius E. Varney* and *Manvel Whittemore* for Mulhens & Kropff, Inc. *Messrs. Maxwell C. Katz, Otto C. Sommerich,* and *Edwin M. Borchard* for Ferd. Muelhens, Inc. Reported below: 43 F. (2d) 937.

No. 461. WOOD & SELICK, INC., ET AL., *v.* TODD, TRUSTEE, ET AL. October 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carroll Blakely Low* for petitioners. *Mr. Guy M. Page* for respondents.

No. 473. STAR CAN OPENER CO. *v.* BUNKER-CLANCY MFG. CO. October 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thomas Ewing, Stephen J. Cox, John H. Miller, A. W. Boykin,* and *Francis C. Downey* for petitioner. *Messrs. Maurice H. Winger, Frank P. Barker,*

and *Arthur C. Brown* for respondents.

No. 474. HAMS, EXECUTOR, *v.* MARSHALL ET AL. October 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Winifred Sullivan* and *George C. Lay* for petitioner. *Mr. Moses Cohen* for respondents.

No. 483. SCHLESINGER *v.* COUNTY OF MILWAUKEE. October· 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles F. Fawsett* for petitioner. *Mr. Eugene Wengert* for respondent.

No. 411. BECKERS· *v.* UNITED STATES. November 3, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James Craig Peacock* and *John W. Townsend* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch, Joseph H. Shephard,* and *Paul D. Miller* for the United States.

No. 475. ST. LOUIS ARCHITECTURAL IRON Co. *v.* NEW AMSTERDAM CASUALTY Co. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John P. Leahy* and *James J. O'Donohoe* for petitioner. No appearance for respondent.

No. 479. COCA COLA Co. *v.* CARLISLE BOTTLING WORKS. November 3, 1930. Petition for writ of certiorari to the